# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Jesus Jose Palmeroni AKA Joseph Palmeroni, DBA JJP Consulting, LLC** | : : : | **Case No.: 16-03073** **Chapter 13** **Judge John J. Thomas** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| Debtor(s). | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2006-WFHE3, Asset-Backed Pass-Through Certificates, Series 2006-WFHE3, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                                                          Respectfully submitted,

                                                                          /s/ Karina Velter
                                                                          Karina Velter, Esquire (94781)
                                                                          Kimberly A. Bonner (89705)
                                                                          Holly N. Wolf (322153)
                                                                          Manley Deas Kochalski LLC
                                                                          P.O. Box 165028
                                                                          Columbus, OH 43216-5028
                                                                          Telephone: 614-220-5611
                                                                          Fax: 614-627-8181
                                                                          Attorneys for Creditor
                                                                          The case attorney for this file is Karina Velter.
                                                                          Contact email is kvelter@manleydeas.com

16-022344_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Jesus Jose Palmeroni AKA Joseph Palmeroni, DBA JJP Consulting, LLC | : : : | Case No.: 16-03073 Chapter 13 Judge John J. Thomas |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| Debtor(s). | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101

Charles J. DeHart III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036

Randall W. Turano, Attorney for Jesus Jose Palmeroni AKA Joseph Palmeroni, DBA JJP Consulting, LLC, 802 Monroe Street, Stroudsburg, PA 18360, rwtura@netscape.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 9, 2016:

Jesus Jose Palmeroni AKA Joseph Palmeroni, DBA JJP Consulting, LLC, 3308 Route 940, Suite 104, Mount Pocono, PA 18344

Jesus Jose Palmeroni AKA Joseph Palmeroni, DBA JJP Consulting, LLC, 1930 Route 715, Henryville, PA 18332

DATE: _September 9, 2016_

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

16-022344_PS

Attorneys for Creditor  
The case attorney for this file is Karina Velter.  
Contact email is kvelter@manleydeas.com

16-022344_PS