IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:                                  Chapter 13
                                           Case No. 5-16-bk-03073-JJT

Jesus Jose Palmeroni,
                 Debtor(s)

Jesus Jose Palmeroni,
                 Objector

    v.

N.V.E., Inc.
                 Claimant

OBJECTION TO PROOF OF CLAIM # 2
FILED BY N.C.E., Inc.

      Debtor(s), hereby object(s) to the Proof of Claim #2 as the amount of the claim should be $0.00 as there was no final determination but only allegations when the Bankruptcy was filed.

                                  /s/
                                  Randall W. Turano, Attorney for Debtor(s)

Rev. 07/01/15

## LOCAL BANKRUPTCY FORM 3007-1

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**

| | | |
|---|---|---|
| Jesus Jose Palmeroni | : | CHAPTER 13 |
| | : | |
| | : | CASE NO. 5 - 16 -bk- 03073-JJT |
| **Debtor(s)** | : | |
| Jesus Jose Palmeroni, | : | |
| | : | |
| **Objector** | : | |
| v. | : | |
| N.V.E., Inc. | : | |
| | : | |
| **Claimant** | : | |

TO: N.V.E., Inc. _____ ("Claimant")

### NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

  Jesus Jose Palmeroni _____ filed an objection to the proof of claim you filed in this bankruptcy case.

  **Your claim may be reduced, modified, or eliminated. You should read this notice and the objection carefully and discuss them with your attorney, if you have one.**

  If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held:

| | |
|---|---|
| 274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701 | **Date:** March 7, 2017<br><br>**Time:** 11:00 AM |

**If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.**

Randall W. Turano
Attorney for Objector

802 Monroe Street, Stroudsburg, PA 18360
(Address)

570-424-9808
(Phone)

570-424-9809
(Facsimile)

rwtura@netscape.net
(Email)

36065
(Attorney ID No.)

Date of Notice: October 18, 2016

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:                                           Chapter 13
                                               Case No. 5-16-bk-03073-JJT

Jesus Jose Palmeroni,
         Debtor(s)

Jesus Jose Palmeroni,
         Objector
   v.
N.V.E., Inc.
         Claimant

ORDER

      Debtor(s), objection to the Proof of Claim #2 is Granted. The amount of the claim should be $0.00.

_____
Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:                                            Chapter 13
                                                Case No. 5-16-bk-03073-JJT

Jesus Jose Palmeroni,
                Debtor(s)

Jesus Jose Palmeroni,
                Objector
    v.
N.V.E., Inc.
                Claimant

## CERTIFICATE OF SERVICE

I certify that on October 18, 2016, a copy of the Objection to Claim # 2 and Notice of objection to claim and hearing date was served by electronic mail (ECF) to:

United States Trustee
Charles J. DeHart
Law Offices of Peter G. Erdely LLC
Pashman Stein Walder Hayden, P.C.

First Class Mail to:
N.V.E., Inc.
15 Whitehall Road
Hamburg, NJ 07821-2115

                                                 /s/_____
                                                 Randall W. Turano, Esquire