IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Jesus Jose Palmeroni AKA Joseph Palmeroni, DBA JJP Consulting, LLC | : : : | Case No.: 5:16-bk-03073-JJT Chapter 13 Judge John J. Thomas |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| Debtor(s). | : | |
| | : | |
| U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2006-WFHE3, Asset-Backed Pass-Through Certificates, Series 2006-WFHE3 | : : : : : : | |
| Movant | : | |
| v. | | |
| Jesus Jose Palmeroni AKA Joseph Palmeroni, DBA JJP Consulting, LLC | | |
| Respondent | | |

**PRAECIPE TO WITHDRAW CREDITOR'S OBJECTION
TO DEBTOR'S CHAPTER 13 PLAN**

Kindly withdraw the Objection to Debtor's Chapter 13 Plan that was filed on September 23, 2016, on behalf of U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2006-WFHE3, Asset-Backed Pass-Through Certificates, Series 2006-WFHE3 ("Creditor") at Docket number 22.

Respectfully submitted,

 /s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028

16-022344_JDD1

Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

16-022344_JDD1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Jesus Jose Palmeroni AKA Joseph Palmeroni, DBA JJP Consulting, LLC** | : | Case No.: 16-03073 |
| | : | Chapter 13 |
| | : | Judge John J. Thomas |
| | : | * * * * * * * * * * * * * * * * * * * * * * |
| Debtor(s). | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Praecipe to Withdraw Creditor's Objection to Debtor's Chapter 13 Plan was served on the parties listed below via e-mail notification:

United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101

Charles J. DeHart III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036

Randall W. Turano, Attorney for Jesus Jose Palmeroni AKA Joseph Palmeroni, DBA JJP Consulting, LLC, 802 Monroe Street, Stroudsburg, PA 18360, rwtura@netscape.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on October 24, 2016:

Jesus Jose Palmeroni AKA Joseph Palmeroni, DBA JJP Consulting, LLC, 3308 Route 940, Suite 104, Mount Pocono, PA 18344

Jesus Jose Palmeroni AKA Joseph Palmeroni, DBA JJP Consulting, LLC, 1930 Route 715, Henryville, PA 18332

DATE: 10/24/16

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

16-022344_JDD1

Telephone: 614-220-5611  
Fax: 614-627-8181  
Attorneys for Creditor  
The case attorney for this file is Karina Velter.  
Contact email is kvelter@manleydeas.com

16-022344_JDD1