UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I __Robert A. Vort__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: 2 University Plaza, Suite 101

Hackensack, NJ 07601

Office Telephone: 201-342-9501

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

See Attached.

My attorney Identification number is: 246401968-NJ

FOR COURT USE ONLY

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____  Date: _____

____ SPECIAL ADMISSION:

GRANTED BY THE COURT _____  Date: _____

Please Answer the Following Questions:

    All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

n/a.

    All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)
n/a.

    I do \_\_\_\_\_, do not __xx__, have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If there are pending proceedings, please explain: _____

    I am seeking:

    _____ General Admission under Local Rule LR 83.8.1

    __xx__ Special Admission (specify by a check which rule) under

LR 83.8.2.1 __xx__, LR 83.8.2.2 \_\_\_, LR 83.8.2.3 \_\_\_, or LR 83.8.2.4 \_\_\_

And Bankruptcy Local Rule 2090-1.
If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

I am counsel to the debtor in related litigation pending in the District of New Jersey.

NAME THE PARTY YOU REPRESENT:

Jesus Jose Palmeroni

If special admission is requested for a particular case, please list case number and caption:

Case #   5:16-30973-JJT

Caption #   In re Jesus Jose Palmeroni

I understand that:

1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.9)

   If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

   _____
   _____
   _____

3) If seeking general admission under Rule LR 83.8.1, I must be a member of the bar of the Supreme Court of Pennsylvania and have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_____
PETITIONER    Robert A. Vort

New Jersey 246401968
(Bar Identification Number and State where admitted)
November 1, 2016
(Date)

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

NAME OF PETITIONER ___Robert A. Vort___

Case 5:16-bk-03073-JJT    Doc 49    Filed 11/17/16    Entered 11/17/16 14:12:22    Desc
Main Document    Page 3 of 7

a. New Jersey - 11/27/1968

b. New York - 1970

c. United States Supreme Court - March 21, 1977)

d. United States Court of Appeals for the Second Circuit - 1975

e. United States Court of Appeals for the Third Circuit - April 29, 1975

f. United States Court of Appeals for the Fifth Circuit - 1981

g. United States Court of Appeals for the Ninth Circuit - 1980;

h. United States Court of Appeals for the Federal Circuit - 1984

i. United States District Court for the District of New Jersey - November 27, 1968

j. United States District Court for the Eastern District of New York - July 17, 1984;

k. United States District Court for the Southern District of New York - July 17, 1984;

## SPONSOR'S CERTIFICATE:

I, _Randall W. Turano_____, am a member in good standing of the Bar of the United States District Court for the Middle District of Pennsylvania, having been admitted to practice on (month)_____ (day)_____, (year)_____. I have known the above petitioner for _____. To my knowledge, the petitioner's moral character is as follows:

_____

_____

To my knowledge, the petitioner's educational background and experience are as follows:

_____

_____

I sponsor and recommend __Robert A. Vort_____ for admission as a qualified attorney to practice before this court.

|  |  |
|---|---|
|  | (sponsor) Randall W. Turano |
| Office address: | 602 Monroe Street |
|  | Stroudsburg, PA 18360 |
| Telephone: | 570-424-9808 |
| Attorney Bar I.D. Code No. | _____ |

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CODE OF PROFESSIONAL CONDUCT

**As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideal:**

1. The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.

2. I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.

3. I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings, and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.

4. Communications are life lines. I will keep the lines open. Telephone calls and correspondence are a two-way channel; I will respond to them promptly.

5. I will be punctual in appointments, communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the judicial system.

6. I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.

7. Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processes and motions cost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.

8. I will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my client and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.

9. Before dates for hearings or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.

I agree to subscribe to the above
Code of Professional Conduct:

_____
Signature    Robert A. Vort

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

In re:  :
                                        5:16-bk-3073 JJT

**JESUS JOSE PALMERONI** A/K/A  :
Joseph Palmeroni D/B/A
JJP Consulting, LLC  :

          Debtor  :

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing petition for special admission pro hac vice was filed electronically on this date via the United States Bankruptcy Court, Middle District of Pennsylvania Electronic Filing system. The document is available for viewing and downloading from the ECF system. The document is being served via the ECF system on:

    United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, Pa. 17101

    Charles J. DeHart, III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, Pa. 17036

    Peter G. Erdely, 1506 Market Street, 12th floor, East Tower, Philadelphia, Pa. 19103 peter@erdelylaw.com

    Karina Velter, Attorney for Creditor U. S. Bank National Association, Manley, Deas, Kochalski, LLC, PO Box 163028, Columbus, Ohio 43216-5028, Amps@Manleydeas.com

Dated: November 11, 2016

                                              Robert A. Vort
                                       NJ. Bar Id No 246401968
                                        2 University Plaza
                                       Hackensack, NJ 07601
                                       Tel. No. 201-342-9501
                                       Fax No. 201-342-9504
                                  Attorney for debtor Palmeroni