UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| Jesus Jose Palmeroni, A/K/A Joseph Palmeroni, D/B/A, JJP Consulting, LLC | Civil Action No. 5:16-BK-3073-JJT |
| Debtor(s). | |
| N.V.E., Inc. | Date and Time of Hearing: **March 21, 2017 at 9:30am** |
| Movant | |
| v. | Place of Hearing: 274 Max Rosenn U.S. Courthouse 197 South Main Street |
| Jesus Jose Palmeroni, A/K/A Joseph Palmeroni, D/B/A, JJP Consulting, LLC | Wilkes-Barre, PA 18701 |

## CERTIFICATE OF CONCURRENCE

I, Samuel J. Samaro, of Pashman Stein Walder Hayden, P.C. do hereby certify that counsel sought concurrence of Debtor's attorneys, Robert Vort and Randall Turano, who each gave their concurrence in the motion. The office of the Chapter 13 Trustee, Charles J. DeHart, III, has advised they will not take a position on the motion.

Date: February 17, 2017

/s/ Samuel J. Samaro
SAMUEL J. SAMARO
Pashman Stein Walder Hayden, PC
Court Plaza South, Suite 200
21 Main Street
Hackensack, New Jersey 07601
Telephone:   201-488-8200
Facsimile:    201-488-5556
ssamaro@pashmanstein.com
*Attorneys for Creditor N.V.E., Inc.*