UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:
   Jesus Jose Palmeroni, A/K/A Joseph Palmeroni,
D/B/A, JJP Consulting, LLC

   Debtor(s).

N.V.E., Inc.

   Movant

     v.

Jesus Jose Palmeroni, A/K/A Joseph Palmeroni,
D/B/A, JJP Consulting, LLC

Civil Action No. 5:16-BK-3073-JJT

**NOTICE OF MOTION**

**Date and Time of Hearing:**
**April 18, 2017at 9:30AM**

**Place of hearing:**

274 Max Rosenn U.S. Courthouse
197 South Main Street, Court room 2
Wilkes-Barre, PA 18701

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

N.V.E., Inc. has filed a Motion for Leave to Amend with the Court to permit N.V.E., Inc. to proceed with an adversary proceeding in the pending bankruptcy action.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before March 31, 2017, you or your attorney must do **ALL** OF THE FOLLOWING:

   a.   File an answer explaining your position at:

        **Clerk, U.S. Bankruptcy Court**
        274 Max Rosenn U.S. Courthouse

197 South Main Street
Wilkes-Barre, PA 18701

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

  b.  Mail a copy to the Creditor's attorney and the below listed:

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17108

Charles J. DeHart, III
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Law Offices of Peter G. Erdely LLC
1500 Market Street,
12th Floor, East Tower
Philadelphia PA 19102

Pashman Stein Walder Hayden, P.C.
21 Main Street, Suite 200
Hackensack, New Jersey 07601

  2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1 (b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

  3.  A hearing on the Motion is scheduled to be heard before the Honorable John J. Thomas on Date and Time of Hearing: April 18, 2017 at 9:30AM, at 274 Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701 in Courtroom 2.

  4.  If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5.  You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

Date: March 17, 2017

                                          /s/ Samuel J. Samaro
                                          SAMUEL J. SAMARO
                                          Pashman Stein Walder Hayden, PC
                                          Court Plaza South, Suite 200
                                          21 Main Street
                                          Hackensack, New Jersey 07601
                                          Telephone:    201-488-8200
                                          Facsimile:    201-488-5556
                                          ssamaro@pashmanstein.com
                                          *Attorneys for Creditor N.V.E., Inc.*