# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jesus Jose Palmeroni, A/K/A Joseph Palmeroni, D/B/A, JJP Consulting, LLC

    Debtor(s).

N.V.E., Inc.

    Movant

        v.

Jesus Jose Palmeroni, A/K/A Joseph Palmeroni, D/B/A, JJP Consulting, LLC

Civil Action No. 5:16-BK-3073-JJT

**ORDER**

Date and Time of Hearing:
June 1, 2017 at 9:30AM

Place of Hearing:
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

## ORDER OF COURT

AND NOW, to wit, this_____ day of _____2017, upon consideration of the Motion to Amend filed by N.V.E., Inc. ("NVE"), it is hereby **ORDERED, ADJUDGED, AND DECREED** that NVE's Motion is granted; and it is further

**ORDERED** that Debtor shall appear for an examination at the offices of NVE's counsel on June 8, 2017; and it is further

**ORDERED** that Debtor shall produce copies of the documents requested in Exhibit A to NVE's Notice of Motion to NVE by June 5, 2017.