UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jesus Jose Palmeroni, A/K/A Joseph Palmeroni, D/B/A, JJP Consulting, LLC,

    Debtor(s)

N.V.E., Inc. ,

    Movant

v.

Jesus Jose Palmeroni, A/K/A Joseph Palmeroni, D/B/A, JJP Consulting, LLC

    Defendant

Chapter 13

Bankruptcy No. 5:16-BK-3073-JJT

## ORDER

Upon consideration of the Motion for Examination under Rule 2004 (Doc. 72) of Debtor, Jesus Palmeroni filed by Samuel J. Samaro, Esq. and after hearing being held June 1, 2017, it is hereby

ORDERED that the Motion for 2004 is DENIED and counsel is directed to pursue discovery pursuant to advancing the contested matter created by the current objection to the plan.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(PJR)

Date: June 1, 2017