UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

In re:  :
        5:16-bk-3073 JJT
**JESUS JOSE PALMERONI** a/k/a :
Joseph Palmeroni d/b/a/     Chapter 13
JJP Consulting, LLC :

        Debtor :

## MOTION FOR PROTECTIVE ORDER

Jesus J Palmeroni, debtor in this action, hereby moves this court for a protective order limiting his deposition to a site within the Middle District of Pennsylvania, postponing his deposition until after trial of the related matter pending in the District of New Jersey now scheduled for trial in early August 2017, limiting the scope of discovery and quashing subpoenas. This motion is based on the annexed certification of Jesus J. Palmeroni.

Dated: June 16, 2017

                              _____
                              Robert A. Vort
                              2 University Plaza
                      Hackensack, New Jersey 07601
                              201-342-9501
                            Co-Counsel for Debtor
                              rvort@vortlaw.com
                              Bar Id. 246401968(NJ)