UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jesus Jose Palmeroni, A/K/A Joseph Palmeroni, D/B/A, JJP Consulting, LLC,

Chapter 13

Debtor(s)

Bankruptcy No. 5:16-BK-3073-JJT

# ORDER

Upon consideration of the Motion for a Protective Order filed in the above case (#82) and after a hearing held on the matter on June 28, 2017, is is hereby:

ORDERED that the Motion is DENIED for the reasons set forth on the record.

By the Court,

John J. Thomas, Bankruptcy Judge
(PAR)

Dated: June 29, 2017