# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 16-03073 |
| **Jesus Jose Palmeroni AKA Joseph Palmeroni, DBA  JJP Consulting, LLC** | Chapter 13 |
| | Judge John J. Thomas |
| | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | |
| **U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2006-WFHE3, Asset-Backed Pass-Through Certificates, Series 2006-WFHE3** | |
| **Movant,** | |
| vs | |
| | Related Document #  92 |
| **Jesus Jose Palmeroni AKA Joseph Palmeroni, DBA  JJP Consulting, LLC** | |
| | |
| Charles J. DeHart III | |
| **Respondents.** | |

## ORDER OF COURT

AND NOW, to wit, this <u>10th d</u>ay of O<u>ctober 2017, upon consider</u>ation of the Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay ( docket 120), it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1.	The terms of the  Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2.	Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

	Dated: October 10, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)